```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

UNITED STATES OF AMERICA,                                PLAINTIFF

      vs.                    CRIMINAL ACTION NO.4:04CR38WSU

Edith R. Evans                                           DEFENDANT

Hisan, Inc.
4 W Red Oak Lane
White Plains, NY 10604                                   GARNISHEE

**ORDER QUASHING GARNISHMENT**

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that the defendant has paid the amount demanded in the Complaint filed herein in full;

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the writ of garnishment issued in this action on August 17, 2005, be and it is hereby quashed, and the garnishee, Hisan, Inc., is hereby dismissed.

ORDERED AND ADJUDGED this 5th day of October, 2006.

                                          /s/ James C. Sumner
                                          UNITED STATES MAGISTRATE JUDGE